RIVERA, RECURRENTE, *v.* EL REGISTRADOR DE ARECIBO, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Arecibo, denegando la inscripción de un expediente de conversión de posesión en dominio.

No. 318.—Resuelto en julio 2, 1917.

CONVERSIÓN DE POSESIÓN EN DOMINIO—PRESCRIPCIÓN—DEROGACIÓN DE LEYES.— El artículo 1858 del Código Civil revisado, que señala el término de diez años entre presentes y veinte entre ausentes para la prescripción del dominio por la posesión, derogó la Orden General de 4 de abril de 1899 que había rebajado a seis años el término de veinte que tenía fijado el artículo 393 de la Ley Hipotecaria para poder convertir la posesión inscrita en inscripción de dominio; y, por tanto, inscrita la posesión después de estar en vigor dicho código no puede tener aplicación el artículo 1840 del mismo preceptivo de que la prescripción comenzada antes de su publicación se regirá por la legislación anterior.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. V. Polanco de Jesús.*

El registrador recurrido, Sr. Raúl Benedicto, no compareció.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Pedro M. Rivera Pagán obtuvo de la Corte Municipal de Ciales que de acuerdo con el artículo 393 de la Ley Hipotecaria y la Orden General de 4 de abril de 1899 decretase a principios de este año 1917 la conversión en inscripción de dominio de la inscripción de posesión que a su nombre existía desde el año 1908 en el registro de la propiedad de cierta finca, y habiéndose negado el registrador a hacer constar en sus libros dicha conversión fundándose en no haber transcurrido a contar desde el 23 de julio de 1908, fecha de la inscripción de posesión, el término de veinte años entre ausentes prescrito en el artículo 1858 del Código Civil Revisado, interpuso el perjudicado el presente recurso gubernativo con el fin de que ordenemos al registrador que haga la conversión decretada por la corte municipal.

Al resolver este tribunal varios recursos gubernativos contra registradores de la propiedad por negarse a hacer en sus libros la conversión que se había decretado de la inscripción de posesión en inscripción de dominio ha declarado que el artículo 1858 del Código Civil Revisado derogó la Orden General de 4 de abril de 1899 que había rebajado a seis años el término de veinte que tenía fijado la Ley Hipotecaria para poder convertir la posesión inscrita en inscripción de dominio. *Antuñano v. El Registrador,* 3 D. P. R. 66; *Vilá v. El Registrador,* 3 D. P. R. 83, y *Cobián v. El Registrador,* 11 D. P. R. 91.

De acuerdo con esas resoluciones debe sostenerse la negativa del registrador toda vez que el recurrente sólo tiene ocho años de posesión inscrita y porque habiendo sido inscrita la posesión después de estar en vigor el Código Civil Revisado no puede tener aplicación el artículo 1840 del mismo,

preceptivo de que la prescripción comenzada antes de su publicación se regirá por la legislación anterior.

La nota recurrida debe ser confirmada.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.